**NOT FOR CITATION**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KIMBERLEY EDWARDS, | ) | No. C 04-3512 PJH (PR) |
| Petitioner, | ) | **ORDER OF DISMISSAL** |
| vs. | ) | |
| SCHELIA A. CLARK, Warden, | ) | |
| Respondent. | ) | |

Petitioner, a federal prisoner, filed two habeas cases at around the same time, number C 04-3249 PJH (PR) and this one. The other case was dismissed because it should have been filed in the district where she was convicted, the Southern District of California. In this case, the court noted that the "petition" consisted of only pages one and eleven, and likely was intended to accompany a filing fee in the other case. That is, this case was probably opened in error. Petitioner was instructed to provide a complete petition within thirty days or, if she did not intend to open a new case, file a statement to that effect. The time has expired and she has not responded.

This case is **DISMISSED** without prejudice. The clerk shall close the file. **IT IS SO ORDERED.**

DATED: March 8, 2006.

PHYLLIS J. HAMILTON
United States District Judge

G:\PRO-SE\PJH\HC.04\EDWARDS512.DSM